# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:17 mj 88

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **VLADIMIR ZALAKOV.** | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to Defendant's Motion for an American Sign Language Interpreter (#7). In the motion, Defendant's counsel request that an American sign language interpreter be present at a hearing scheduled for Defendant for June 20, 2017.

The undersigned has conducted an initial appearance hearing and began a preliminary hearing and detention hearing. At the initial appearance hearing, the undersigned noted it appeared the Defendant was having trouble hearing the initial appearance hearing and as a result the undersigned directed that Defendant be provided with head phones to assist him in hearing the proceedings. When questioned by the Court, the Defendant advised that with the head phones he could hear all of the proceedings being conducted. Again, at the time of the preliminary hearing and proposed detention hearing, head phones were again provided to Defendant and he was questioned about whether or not he could hear the proceedings. Again, Defendant advised the Court he could do so. The Defendant

1

has now been provided with a cochlear implant which he did not have at either of the previous hearings. The Clerk of this Court has attempted to find an American sign language interpreter and one cannot be available for several weeks. The Court has consulted with the Government and defense counsel regarding Defendant's motion and considering the foregoing and the discussion at consultation, the undersigned has determined to enter an Order denying Defendant's motion.

## ORDER

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for an American Sign Language Interpreter (#7) is **DENIED.**

Signed: June 20, 2017

Dennis L. Howell
United States Magistrate Judge