UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | DOCKET NO. 1:17MJ88 |
| v. ) | |
| ) | ORDER OF DISMISSAL |
| VLADIMIR A. ZALAKOV ) | |

Leave of Court is hereby granted for the dismissal of the Criminal Complaint in the above-captioned case with prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: July 26, 2017

Dennis L. Howell
United States Magistrate Judge